

**NUMBER 13-13-00405-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**RENE ZAMORA,**                                             **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

---

**On appeal from the 331st District Court
of Travis County, Texas.**

---

## ORDER

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

This cause is before the Court on the State's unopposed motion to reinstate appeal

and order the court reporter to file the record by April 11, 2014.[1]    On August 12, 2013,

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

this Court abated the appeal so that six companion cases could be completed at the trial court and forwarded for appeal. These companion cases were received by the Court and assigned cause numbers 13-13-00675-CR through 13-13-00680-CR. Accordingly, this case is hereby REINSTATED.

The reporter's records in cause numbers 13-13-00675-CR through 13-13-00680-CR are past due and the same reporter is responsible for the preparation of the records in these cases. Accordingly, the State's motion to order the reporter to file the records is GRANTED. Reporter, Raquel Kocher, is hereby ORDERED to file the reporter's records in this Court no later than April 11, 2014.

The Clerk of this Court is ORDERED to serve a copy of this order on Raquel Kocher by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of March, 2014.